Order issue October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00743-CR
No. 05-12-00744-CR

ANTHONEY EUGENE JOHNSON, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-71994-V, F11-00273-V**

# O R D E R

The Court **REINSTATES** this appeal.

On October 2, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** the October 2, 2012 order requesting findings.

We **GRANT** appellant's second motion to extend time to file the brief.

We **DIRECT** the Clerk of this Court to file the brief tendered as of the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE